**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-6783**

─────────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

WILLIE HORTON,

        Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, Senior District Judge.  (1:89-cr-00180-AJT-1)

─────────────

Submitted:  October 31, 2023                          Decided:  November 3, 2023

─────────────

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Willie Horton, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Horton, a federal prisoner serving a life sentence for murder, appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239.  Having reviewed the record, we conclude that the district court did not abuse its discretion in denying relief.  *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (explaining standard of review).  Accordingly, we affirm the district court's order.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*